1  Paul Gattone
   State Bar Number 012482
2  LAW OFFICE OF PAUL GATTONE
   312 S. Convent
3  Tucson, Arizona 85701
   (520) 623-1922
4  pgattone@aol.com

5  Guy Keenan
   State Bar Number
6  KEENAN LAW OFFICE
   6401 North Mesa View Drive
7  Tucson, AZ 85718
   (520)403-4747
8  Keenanlawoffice@comcat.net

9  **Attorneys for Plaintiffs**

10                IN THE UNITED STATES DISTRICT COURT
                  IN AND FOR THE DISTRICT OF ARIZONA
11

12 OCCUPY TUCSON, an unincorporated       )
   political organization; SAMUEL AGGER, a )
13 single man residing in the City of Tucson; )   No.
   CRAIG BARBER, a single man residing in  )
14 the City of Tucson; LEESA WORLEY, a     )    **MOTION FOR TEMPORARY**
   single woman residing in the City of    )    **RESTRAINING ORDER**
15 Tucson; KARLAREITH TERRY, a single      )    **AND PRELIMINARY**
   woman residing in the City of Tucson;   )    **INJUNCTION**
16 KASEE DWYER, a single woman residing    )
   in the City of Tucson; GARY BRANSON, a  )
17 married man residing in the City of Tucson; )
   and, WILLIAM WARFIELD, a single man     )
18 residing in the City of Tucson,         )
                                           )
19            Plaintiffs,                  )
                                           )
20 vs.                                     )
                                           )
21 THE CITY OF TUCSON, a municipal         )
   corporation of the State of Arizona;    )
22 TUCSON POLICE DEPARTMENT, a legal       )
   entity of the City of Tucson; ROBERT    )
23 "BOB" WALKUP, in his official capacity as )
   Mayor of the City of Tucson; members of )
24 the Tucson City Council in their respective )
   official capacities; RICHARD MIRANDA,   )
25 in his official capacity as Acting Tucson )
   City Manager;  MICHAEL RANKIN, in is    )
26 official capacity as Tucson City Attorney; )
   FRED GREY, in his official capacity as  )

                                    - 1 -

| | |
|---|---|
| director of City of Tucson Parks and Recreation Department; and ROBERTO VILLASEÑOR, in his official capacity as Chief of the Tucson Police Department, | ) ) ) ) ) |
| Defendants | ) ) |

Plaintiffs, through counsel undersigned, and pursuant to Rule 65(a) and (b), asks this Court to enter a Temporary Restraining Order, based on their Verified Complaint and the attached Declaration of Counsel, and after a hearing, a Preliminary Injunction, restraining and enjoining Defendants, their officials, officers, agents, employees, contractors, and any other persons acting for them, with them, through or on their behalf, from enforcing the provisions of Section 12 of the Tucson City Code, and/or law or ordinance to prohibit the same from picketing, protesting, speaking, leafleting, assembling, or otherwise peacefully engaging in expressive activity protected by the First Amendment to the United States Constitution and Article 2§5 of the Arizona Constitution, in Armory Park, Viente de Agosto Park or on any public land in the City of Tucson,

REPECTFULLY SUBMITTED this 7th day of November 2011.


    s/Paul Gattone
Paul Gattone
Attorney for Plaintiffs


    s/Guy Keenan
Guy Keenan
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| OCCUPY TUCSON, an unincorporated political organization; SAMUEL AGGER, a single man residing in the City of Tucson; CRAIG BARBER, a single man residing in the City of Tucson; LEESA WORLEY, a single woman residing in the City of Tucson; KARLAREITH TERRY, a single woman residing in the City of Tucson; KASEE DWYER, a single woman residing in the City of Tucson; GARY BRANSON, a married man residing in the City of Tucson; and, WILLIAM WARFIELD, a single man residing in the City of Tucson,<br><br>        Plaintiffs,<br><br>vs.<br><br>THE CITY OF TUCSON, a municipal corporation of the State of Arizona; TUCSON POLICE DEPARTMENT, a legal entity of the City of Tucson; ROBERT "BOB" WALKUP, in his official capacity as Mayor of the City of Tucson; members of the Tucson City Council in their respective official capacities; RICHARD MIRANDA, in his official capacity as Acting Tucson City Manager; MICHAEL RANKIN, in is official capacity as Tucson City Attorney; FRED GREY, in his official capacity as director of City of Tucson Parks and Recreation Department; and ROBERTO VILLASEÑOR, in his official capacity as Chief of the Tucson Police Department,<br><br>        Defendants. | No.<br><br>**PROPOSED TEMPORARY RESTRAINING ORDER** |

1    This matter is before the Court on the Plaintiffs' Motion for Temporary Restraining Order
2    and, after thorough consideration, the Court finds that the motion is well taken and should be
3    granted. The Defendants are hereby enjoined from enforcing Tucson City Code § 21 as it applies to
4    Plaintiffs' occupation of Viente de Agosto Park in Tucson, Arizona.  Defendants are further directed
5
6    that they are enjoined from taking any actions to expel Plaintiffs, and are to cease issuing tickets to
7    Plaintiffs for being in the park between the hours of 10:30pm until 6:00am.
8    The matter is to be set for a hearing on a request for preliminary injunction by agreement of
9    the parties and the Court within ____ days of this order or at such other time as the parties may
10   agree. Defendants' opposition to the motion shall be filed no less than ___ days prior to the hearing
11
12   and Plaintiffs' reply thereto no less than ___ days before the hearing.
13
14
15   DATED:
16
17
18
19                                                                    _____
                                                                      Judge of the Federal Court
20
21
22
23
24
25
26