# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Occupy Tucson, et al., | No. CV 11-699-TUC-FRZ |
| Plaintiffs, | |
| vs. | **ORDER** |
| The City of Tucson, et al., | |
| Defendants. | |

A judge has a duty to disqualify himself for the reasons specified in 28 U.S.C. § 455(b). He shall also disqualify himself to avoid the appearance of impropriety or if his impartiality could be reasonably questioned, whether or not such impartiality actually exists. 28 U.S.C. §455(a). *See also Code of Conduct for United States Judges*, Canons 2 and 3. The Court has reviewed this case file and finds that it is advisable to recuse itself, pursuant to 28 U.S.C. § 455.

**Accordingly,**

**IT IS HEREBY ORDERED** that this case be randomly reassigned by the Clerk of the Court.

DATED this 8th day of November, 2011.

_____
Frank R. Zapata
**Senior United States District Judge**

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above Order directing the Clerk to reassign this action, this case has been randomly reassigned to the Honorable Cindy K. Jorgenson. On all documents subsequently filed in this case, please substitute the initials **CKJ** after the case number in place of the initials of the prior Judge so that the case number will read:

**CV 11-699-TUC-CKJ**

This is very important because documents are routed to the assigned Judge by means of the initials.

**ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL BY DISTRICT JUDGE**